UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos.: CR93-322Z, CR04-554Z |
| ) | & CR04-132Z |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| v. ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| JOSHUA CARL REDMAN, ) | OF SUPERVISED RELEASE |
| ) | |
| Defendant. ) | |
| _____ ) | |

      An initial hearing on supervised release revocation in these cases was scheduled before the undersigned Magistrate Judge on April 22, 2005. The United States was represented by Assistant United States Attorney Lawrence Lincoln, and the defendant by Mr. Walter Palmer. The proceedings were recorded on cassette tape.

      In a Violation Report and Warrant Request dated April 20, 2005, U.S. Probation Officer Monique D. Neal alleged the following violations of conditions of supervised release:

      1.    Using marijuana on or before February 9, 2005, and March 3, 2005, in violation of standard condition #7 and the general condition that defendant refrain from any unlawful use of a controlled substance;

      2.    Using cocaine and marijuana on or about February 24, 2005, in violation of standard condition #7 and the general condition that defendant refrain from any unlawful use of a controlled substance;

     3.     Using cocaine on or about April 6, 2005, in violation of standard condition #7 and the general condition that defendant refrain from any unlawful use of a controlled substance; and

     4.     Failure to participate in treatment as directed, in violation of the special condition that he participate in a program for the treatment of narcotic addition or drug dependency.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing is set before The Honorable Thomas S. Zilly, on May 11, 2005, at 1:30 p.m.

Pending a final determination by the Court, defendant has been detained.

DATED this 26th day of April, 2005.

                        /s/ JAMES P. DONOHUE
                        United States Magistrate Judge

cc:    District Judge:           Honorable Thomas S. Zilly
       ASA:                        Mr. Lawrence Lincoln
       Defendant's attorney:    Mr. Walter Palmer
       Probation officer:       Ms. Monique D. Neal